IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BARABINO,

    Plaintiff,                          No. 2:13-0728 JAM CKD PS

    vs.

PETER DEANGELI, et al.,

    Defendants.                   <u>ORDER</u>

/

        Plaintiff is proceeding in this action pro se. Plaintiff alleges claims under the Fair Housing Act, 42 U.S.C. § 3612(o). Venue for actions brought under that section is provided under 28 U.S.C. § 1391.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, there is no indication in the complaint where defendants reside. However, it appears that a substantial part of the events giving rise to plaintiff's claims occurred

1  in Reno, Nevada, which is situated in District of Nevada.  Therefore, plaintiff's claim should
2  have been filed in the United States District Court, District of Nevada, Reno.  In the interest of
3  justice, a federal court may transfer a complaint filed in the wrong district to the correct district.
4  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
5          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the District of Nevada, Reno.

Dated: April 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 barabino728.tra